UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| DAVID AND MARITA DELL'AQUILA, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | No. 2:11-00047 |
| | ) | Judge Sharp |
| LARRY HEAD AND JAMES WHITE, JR., | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, Plaintiffs David and Maria Dell'Aquila's Motion for New Trial, or to Alter or Amend Judgment (Docket No. 92) is hereby DENIED. Within thirty (30) days of the date of entry of this Order, Plaintiffs shall file a response to Defendants' Motion for Attorney Fees and Expenses (Docket No. 83), unless an appeal is taken from this Order or the jury verdict in favor of Defendants.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE