```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
        COOKEVILLE DIVISION
```

DAVID AND MARITA DELL'AQUILA,  )
                                )
       Plaintiffs              )
                                )   No. 2:11-0047
v.                              )   Judge Sharp/Knowles/Brown
                                )   **Jury Demand**
LARRY HEAD and JAMES WHITE, JR., )
                                )
       Defendants              )

## **RECOMMENDATION**

Presently pending in this case is the Defendants' motion for attorneys' fees (Docket Entry 109). This matter was referred to the undersigned for a settlement conference by Judge Sharp (Docket Entry 114).

The Magistrate Judge conducted a telephone conference with the parties about the matter on April 7, 2014.

The parties advised that they have reached a final settlement concerning attorneys' fees and signed appropriate releases in the matter.

Accordingly, the Magistrate Judge recommends that Judge Sharp TERMINATE the motion for attorneys' fees as moot, and enter a final order DISMISSING this case with prejudice.

It is so **ORDERED**.

                                            /s/   Joe B. Brown
                                            JOE B. BROWN
                                            United States Magistrate Judge