*Kevin H. Sharp (signature)*

```
            UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF TENNESSEE
                 COOKEVILLE DIVISION

DAVID AND MARITA DELL'AQUILA,   )
                                )
       Plaintiffs               )
                                )        No. 2:11-0047
v.                              )        Judge Sharp/Knowles/Brown
                                )        Jury Demand
LARRY HEAD and JAMES WHITE, JR.,)
                                )
       Defendants               )
```

## RECOMMENDATION

Presently pending in this case is the Defendants' motion for attorneys' fees (Docket Entry 109). This matter was referred to the undersigned for a settlement conference by Judge Sharp (Docket Entry 114).

The Magistrate Judge conducted a telephone conference with the parties about the matter on April 7, 2014.

The parties advised that they have reached a final settlement concerning attorneys' fees and signed appropriate releases in the matter.

Accordingly, the Magistrate Judge recommends that Judge Sharp TERMINATE the motion for attorneys' fees as moot, and enter a final order DISMISSING this case with prejudice.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge